Fred A. Baker
(Name)

118281
Prisoner No.

Anchorage Correctional Complex West
(Place of Confinement)

1300 East 4th Avenue
(Address)

Anchorage, Alaska 99501-2815
(City, State, Zip)

Telephone (907) 269-0900/4100

FOR COURT USE ONLY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Fred A. Baker,                       )
                                     )    Case No. 3:06-CV-00014-JWS
                Plaintiff            )
                                     )
          vs                         )    APPLICATION TO WAIVE
                                     )    FILING FEE
Garland Armstron, et. al,            )    (Prisoner)
                                     )
_____      )
                                     )    Trial No. 3AN-S99-3658 CR
                Defendant(s)         )    Ak. Court of Appeals No. A-7882
_____      )    Ak. Supreme Court No. S-11921

I, _____, declare that I am (check appropriate box)

☐ Plaintiff (filing civil rights complaint)      ☐ Movant (filing 28 U.S.C. § 2855 Motion)

☐ Petitioner (for writ of *habeas corpus*        ☒ Other  28 U.S.C. Section
   under 28 U.S.C. § 2854)                            2254

I am unable to prepay the fees for this proceeding or give security because of my poverty and I
am entitled to the relief I am requesting. I agree that if I am granted this application to waive the
fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the
Court for reimbursement of all fees and costs incurred by me in the case. In support of this
application, I make the following statement under penalty of perjury.

USDC, ALASKA
PS10 (11/03)                    Page 1 of 6                    WAIVER OF FEE (PR)


**SCANNED**

1.   I am presently incarcerated.  [**If not incarcerated, do not use this form**]

Place of incarceration  _Anch. Corr. Complex West, 1300 E. 4th Ave. Anch, Ak. 99501_

**IMPORTANT: HAVE THE DEPARTMENT OF CORRECTIONS FILL OUT THE CERTIFICATION AND CALCULATION PORTION OF THIS APPLICATION AND ATTACH A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE PAST SIX MONTHS.**

2.   Are you presently employed?   Yes ☐   No ☒

   a.   If yes, what is your income?   Gross _____   Net _____

   Weekly ☐ Bi-Weekly ☐ Semi-Monthly ☐ Monthly ☐   (*Check One*)

   Employer: _____
   _____(Name)_____

   Address _____ Telephone _____
   _____(Street, City, State)_____

   Nature of Employment _____

   Length of employment _____

   b.   If no, date of last employment  _June 2005_

   Former Employer  _AK. DOC, Supervisor Mike McGinty_
   _____(Name)_____

   Address _PCC/MIN, PO Box 919, Palmer, Ak._ Telephone _(907) 745-5054_
   _____(Street, City, State)_____

   What was your income?   Gross _$ 7.50_   Net _$ 4.50_

   Weekly ☐ Bi-Weekly ☐ Semi-Monthly ☐ Monthly ☒   (*Check One*)

   Nature of Employment  _Janitor_

   Length of employment  _1-week_

3.   In the past 12 months have you received money from any of the following sources?

   a.   Business, profession or self-employment  Yes ☐ No ☒

   If yes, state amount received  _____

   Do you expect to receive any future income from this source?  Yes ☐ No ☐

   If yes, state the amount you expect to receive _____

   When do you expect to receive it? _____

b.   Rental, interest or dividends (not PFD)   Yes ☐ No ☒

If yes, state amount received   _____

Do you expect to receive any future income from this source?   Yes ☐ No ☐

If yes, state the amount you expect to receive _____

When do you expect to receive it? _____

c.   Pension, annuity or life insurance payments   Yes ☐ No ☒

If yes, state amount received   _____

Do you expect to receive any future income from this source?   Yes ☐ No ☐

If yes, state the amount you expect to receive _____

When do you expect to receive it? _____

d.   SSI, Disability or worker's compensation   Yes ☐ No ☒

If yes, state amount received   _____

Do you expect to receive any future income from this source?   Yes ☐ No ☐

If yes, state the amount you expect to receive _____

When do you expect to receive it? _____

e.   Gift or inheritance   Yes ☒ No ☐

If yes, state amount received   $ 20.00

Do you expect to receive any future income from this source?   Yes ☐ No ☒

If yes, state the amount you expect to receive _____

When do you expect to receive it? _____

f.   Any other source   Yes ☐ No ☒

If yes, state amount received   _____

Describe _____

Do you expect to receive any future income from this source?   Yes ☐ No ☐

If yes, state the amount you expect to receive _____

When do you expect to receive it? _____

4.   State the amount of cash (coin and currency) you have   $ 0.00

5.   Do you have a checking account?   Yes ☐ No ☒

If yes, current balance _____ Account No. _____

Bank: _____
        _____
                        (Name and Branch)

        _____
                        (Street, City, State)

6.   Do you have an IRA, CD, savings or money market account?   Yes ☐ No ☒

     If yes, current balance _____ Account No. _____

     Financial Institution: _____
                        _____
                                (Name and Branch)

                        _____
                                (Street, City, State)

7.   Do you own an automobile or other motor vehicle?   Yes ☐ No ☒

     a.  Make: _____ Year _____ Model _____

     b.  Current Value: _____

     c.  Is it financed?  Yes ☐ No ☐      Balance owed: _____

8.   Do you own any real property?   Yes ☐ No ☒

     a.  If yes, describe _____
         _____
         _____

     b.  Current Value _____

     c.  Is it financed?  Yes ☐ No ☐      Balance owed: _____

9.   Do you own any stocks, bonds, securities, financial instruments?   Yes ☐ No ☒

     a.  If yes, describe _____
         _____
         _____

     b.  Current Value _____

10.  Do you own any other personal property other than clothing?   Yes ☐ No ☒

     (If yes list each asset or item of property and give the value of each)

     a.  _____ Value _____

     b.  _____ Value _____

c. _____ Value _____

d. _____ Value _____

e. _____ Value _____

11.   Have you transferred, given away, or placed any property in the name of any other person

during the past two years?  Yes ☐  No ☒  *(If yes provide details)*

a.  Property _____

b.  Value _____ Transferred to _____

c.  Reason: _____

_____

12.   For each person who is dependent upon you for support provide the name, relationship, and

and amount of support you provide.

a.  Name *Sydney Kitchens*   Relationship *daughter*  Support:  *0/40%*

b.  Name _____   Relationship _____ Support: _____

c.  Name _____   Relationship _____ Support: _____

### Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the

information is true and correct.

Dated:  *December 28, 2005*

*Fred A. Baker*
Signature of Applicant

✳ Attached is an Alaska DOC certified Prisoner
account Statement with Cover sheet in acc-
ordance with 28 U.S.C. section 1915(b).

**AUTHORIZATION**

I, _Fred A. Baker_, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

Dated: _12·28·05_

_Fred A. Baker_
(Signature of Applicant)

_Fred Albert Baker Jr._
(Typed or Printed Committed Name of Applicant)

_118281_
(Inmate Number)

---

**CERTIFICATION AND CALCULATION**
(To be Completed by Department of Corrections/Bureau of Prisons)

I hereby certify that the applicant has the (available) sum of _____ on account to his/her credit at _____
(Name of Institution)

I certify that during the past six months, the average monthly **deposits** to the applicant's account were:

_____

I further certify that during the past six months, the average monthly **balance** in the applicant's account was: _____

**Please attach certified copy of applicant's account statement showing transactions for past six months.**

Dated: _____

_____
(Signature of Authorized Officer)

_____
Title

_____
Agency

# STATE OF ALASKA /

## DEPARTMENT OF CORRECTIONS

*Frank Murkowski, GOVERNOR*

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

December 22, 2005

Fred A. Baker
c/o Anchorage Correctional Complex
1300 E. 4th Avenue
Anchorage, Alaska 99501

Dear Mr. Baker:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **118281** the time period **June 2005** through **November 2005** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $27.68 and 20% of this amount equals $5.54.

and,

2.) The average balance for the time period indicated above was $235.23 and 20% of this amount equals $47.05.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

*Mary Engdahl*

Mary Engdahl, Accounting Tech III
Division of Administrative Services/DOC

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 06/01/2005    To: 06/30/2005                    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 151.72

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.15 |
| 480110 | 06/06/2005 | PCC MAY 05 PAY - INST WORKER WG 50 | | 92.50 | 92.65 |
| 480196 | 06/06/2005 | CSED SSN 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 | 37.00 | | 55.65 |
| 480197 | 06/06/2005 | Automatic Savings Deduction | 4.63 | | 51.02 |
| 482819 | 06/07/2005 | PCC COPIES | 0.75 | | 50.27 |
| 484028 | 06/10/2005 | PCC POSTAGE STAMPS | 19.65 | | 30.62 |
| 485648 | 06/14/2005 | I/M REQUEST FS TO FA APPROVED | | 130.99 | 161.61 |
| 485922 | 06/15/2005 | Cash Receipt - PCC MIAG | | 0.05 | 161.66 |
| 485942 | 06/15/2005 | Cash Receipt - PCC MIAG | | 23.00 | 184.66 |
| 485966 | 06/15/2005 | Void Cash Receipt | 23.00 | | 161.66 |
| 486041 | 06/15/2005 | Cash Receipt - PCC NCC | | 23.00 | 184.66 |
| 486230 | 06/16/2005 | PCC COPIES | 1.05 | | 183.61 |
| 486230 | 06/16/2005 | PCC COPIES | 4.65 | | 178.96 |
| 486341 | 06/16/2005 | MAIL LETTERS | 0.37 | | 178.59 |
| 486786 | 06/17/2005 | COPIES MADE | 1.05 | | 177.54 |
| 486792 | 06/17/2005 | 06/15/2005 134853 51 | 4.00 | | 173.54 |
| 487557 | 06/20/2005 | MAIL LETTERS | 0.83 | | 172.71 |
| 489191 | 06/24/2005 | Check 23002302 - STATE OF ALASKA ATTN | 11.80 | | 160.91 |
| 489708 | 06/27/2005 | MAIL LETTERS | 0.37 | | 160.54 |
| 490691 | 06/30/2005 | Commissary Purchase; Invoice 225965 | 8.45 | | 152.09 |
| 490706 | 06/30/2005 | MAIL LETTERS | 0.37 | | 151.72 |
| | | Ending Balance | | | 151.72 |

Account: FORCED SAVINGS
Account Balance: 207.04

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 333.40 |
| 480197 | 06/06/2005 | Automatic Savings | | 4.63 | 338.03 |
| 485648 | 06/14/2005 | I/M REQUEST FS TO FA APPROVED | 130.99 | | 207.04 |
| | | Ending Balance | | | 207.04 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document.

_signature_

SIGNATURE                    DATE

Offender #: 118281   USP #: 118281   BAKER, FRED ALBERT JR   Location: COOK INLET PRET   Cell: L08B

### Alaska Department of Corrections
### COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 07/01/2005   To: 07/31/2005

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 5.04

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 151.72 |
| 494081 | 07/05/2005 | PCC JUNE 05 PAY - INST WORKER WG 50 | | 7.50 | 159.22 |
| 494193 | 07/05/2005 | CSED SSN 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 | 3.00 | | 156.22 |
| 494194 | 07/05/2005 | Automatic Savings Deduction | 1.88 | | 154.34 |
| 494985 | 07/06/2005 | Check 25000017 - PSI PUBLISHING INC | 54.95 | | 99.39 |
| 495783 | 07/07/2005 | Commissary Purchase; Invoice 227306 | 3.05 | | 96.34 |
| 495952 | 07/07/2005 | COPIES FOR I/M | 7.20 | | 89.14 |
| 495952 | 07/07/2005 | COPIES FOR I/M | 0.75 | | 88.39 |
| 496003 | 07/07/2005 | CHARGE INMATE COPIES | 2.05 | | 86.34 |
| 497065 | 07/11/2005 | MAIL LETTERS | 1.29 | | 85.05 |
| 497934 | 07/14/2005 | Commissary Purchase; Invoice 228619 | 6.40 | | 78.65 |
| 498452 | 07/15/2005 | I/M REQUEST FA TO FS | 1.50 | | 77.15 |
| 498550 | 07/15/2005 | Check 25000050 - PALMER SUPERIOR COURT | 68.49 | | 8.66 |
| 499356 | 07/18/2005 | MAIL LETTERS | 0.37 | | 8.29 |
| 500906 | 07/22/2005 | MAIL LETTERS | 0.83 | | 7.46 |
| 502614 | 07/28/2005 | Commissary Purchase; Invoice 231789 | 6.40 | | 1.06 |
| 503094 | 07/29/2005 | Commissary Return; Invoice 231789 | | 6.40 | 7.46 |
| 503165 | 07/29/2005 | MAIL LETTERS | 2.42 | | 5.04 |
| | | Ending Balance | | | 5.04 |

Account: FORCED SAVINGS
Account Balance: 210.42

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 207.04 |
| 494194 | 07/05/2005 | Automatic Savings | | 1.88 | 208.92 |
| 498452 | 07/15/2005 | I/M REQUEST FA TO FS | | 1.50 | 210.42 |
| | | Ending Balance | | | 210.42 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

*[signature]*
SIGNATURE                DATE

Offender #: 118281   USP #: 118281   BAKER, FRED ALBERT JR          Location: COOK INLET PRET   Cell: L08B

Offender #: 118281   USP #: 118281   BAKER, FRED ALBERT JR   Location: COOK INLET PRET   Cell: L08B

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 08/01/2005   To: 08/31/2005                    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|-----------|-------------|-------------------------|-------|--------|-----------------|
| | | Beginning Balance | | | 5.04 |
| 504011 | 08/01/2005 | MAIL LETTERS | 1.11 | | 3.93 |
| 504567 | 08/03/2005 | MAIL LETTERS | 0.37 | | 3.56 |
| 504666 | 08/03/2005 | COPIES FOR INMATES | 1.05 | | 2.51 |
| 504666 | 08/03/2005 | COPIES FOR INMATES | 0.90 | | 1.61 |
| 505078 | 08/04/2005 | MAIL LETTERS | 0.74 | | 0.87 |
| 511438 | 08/16/2005 | 08/08/2005 134943 50 51 | 0.87 | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 210.42

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|-----------|-------------|-------------------------|-------|--------|-----------------|
| | | Beginning Balance | | | 210.42 |
| | | Ending Balance | | | 210.42 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document.

_Mary Engdell_
SIGNATURE                          DATE

Offender #: 118281   USP #: 118281   BAKER, FRED ALBERT JR          Location: COOK INLET PRET   Cell: L08B

Offender #: 118281   USP #: 118281   BAKER, FRED ALBERT JR   Location: COOK INLET PRET   Cell: L08B

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 09/01/2005    To: 09/30/2005                                              Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account:  FUNDS AVAILABLE
Account Balance:  0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|-----------|-------------|-------------------------|-------|--------|-----------------|
|           |             | Beginning Balance       |       |        | 0.00            |
|           |             | Ending Balance          |       |        | 0.00            |

Account:  FORCED SAVINGS
Account Balance:  210.42

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|-----------|-------------|-------------------------|-------|--------|-----------------|
|           |             | Beginning Balance       |       |        | 210.42          |
|           |             | Ending Balance          |       |        | 210.42          |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document.

_Mary England_
SIGNATURE                    DATE

Offender #: 118281    USP #: 118281    BAKER, FRED ALBERT JR                Location:  COOK INLET PRET    Cell: L08B

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

| Statement Date: 10/01/2005 | To: 10/31/2005 | Page 1 of 1 |
|---|---|---|

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 210.42

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 210.42 |
| | | Ending Balance | | | 210.42 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

SIGNATURE _____ DATE _____

Offender #: 118281   USP #: 118281   BAKER, FRED ALBERT JR   Location: COOK INLET PRET   Cell: L08B

## Alaska Department of Corrections
## COOK INLET PRETRIAL

### STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 11/01/2005    To: 11/30/2005                          Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| 547325 | 11/09/2005 | Cash Receipt - BUSBY, TOM | | 20.00 | 20.00 |
| 548425 | 11/14/2005 | 08/08/2005 134943 50 51 | 7.13 | | 12.87 |
| 548426 | 11/14/2005 | 09/19/2005 125503 51 | 4.00 | | 8.87 |
| 548427 | 11/14/2005 | 09/15/2005 125484 | 4.00 | | 4.87 |
| 549100 | 11/15/2005 | COPIES REQUESTED | 0.15 | | 4.72 |
| 551091 | 11/21/2005 | COPIES MADE FOR INMATES | 0.30 | | 4.42 |
| 552082 | 11/23/2005 | 11/02/2005 133898 51 | 4.00 | | 0.42 |
| 552451 | 11/25/2005 | 11/16/2005 133998 50 | 0.42 | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 210.42

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 210.42 |
| | | Ending Balance | | | 210.42 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy,
of the original document.

SIGNATURE    DATE

Offender #: 118281    USP #: 118281    BAKER, FRED ALBERT JR                Location: COOK INLET PRET    Cell: L08B