USDCA 40 (1/89)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Fred A. Baker, )
          Plaintiff, )  APPLICATION FOR APPOINTMENT
)  OF COUNSEL
vs. )
)
) Case No. 3:06-cv-00014-JWS
Garland Armstrong, et. Al., ) Trial No. 3AN-S99-3658 CR
          Defendant ) Ak. Supreme Court No. S-11921

1. Name of applicant (print neatly): __Fred A. Baker__

   Address: __ACC-West, 1300 East 4th Avenue, Anchorage, AK. 99501-2815__

   Phone Number: __(907) 269-0900 / 4100__

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.)
   The defendant/respondent is barring my liberty in violation of my United States Constitutional Fifth amendment right to a speed trial.

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.) I am not a member of the bar association. The prison law facilities are wholly inadequate to attempt a pro se litigation. This area of law has many rules that would best be handled by an attorney who is experienced.

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.) None

5. If you need a lawyer who speaks a language other than English, please specify.
   I speak the kings English.

Continued to next page

Page II

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

December 28, 2005
Date

*Fred A. Baker*
Signature

Application for Appointment of Counsel

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE | Baker v.s. Armstron | FOR 28 U.S.C. Section 2254 | |
| | | AT Anchorage, Alaska | |

| PERSON REPRESENTED (Show your full name) | | | | DOCKET NUMBERS |
|---|---|---|---|---|
| Fred Albert Baker Jr. | 1 ☒ Defendant—Adult | | | Magistrate |
| | 2 ☐ Defendant - Juvenile | | | |
| | 3 ☐ Appellant | | | District Court |
| | 4 ☐ Probation Violator | | | |
| | 5 ☐ Parole Violator | | | Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor | 6 ☒ Habeas Petitioner *J.B.* | | | |
| | 7 ☐ ~~~~ | | | |
| | 8 ☐ Material Witness | | | |
| | 9 ☐ Other | | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
RECEIVED: 20.   SOURCES: Friend/Gift - Tom Buzby
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: one
List persons you actually support and your relationship to them (For minor children use initials only): S.K. daughter

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | Child Support | | $240,000. | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) December 28, 2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Fred A. Baker*