IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 0 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Fred A. Baker, )
)
     Plaintiff, )
)
vs. )
)
Garland Armstrong, )
) Case No. 3:06-cv-14 JWS
     Respondent. )
)

## NOTICE OF CHANGE OF ADDRESS

I, Fred Baker, the above captioned Plaintiff, in pro se, hereby requests this Court take notice that Plaintiff's address has changed. Mr Baker can now be served at:

    Spring Creek Correctional Center,   PO Box 5001, Seward, Alaska
          99664-5001

DATED THIS 26th, day of January, 2006, at Seward, Alaska.

BY: /s/ Fred A. Baker
    Fred Baker Plaintiff,
    in pro se