Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>    Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>    Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION** |

  Petitioner, Fred A. Baker, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of two weeks, until March 24, 2006, to allow the filing of his amended petition for a writ of habeas corpus, under 28 U.S.C. § 2254. Counsel for Mr. Baker entered her appearance on March 3, 2006, and has already reviewed some of the pertinent pleadings and state court decisions. However, additional time is required for a more thorough review and consultation with her client.

  The undersigned has contacted Kenneth Rosenstein, of the Office of Special Prosecutions and Appeals, counsel for Respondent, with respect to this motion; Mr. Rosenstein does not oppose the requested two-week extension.

DATED this 10th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes