UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRED A. BAKER,

                Petitioner,

vs.

GARLAND ARMSTRONG,

                Respondent.

Case No. 3:06-cv-0014-JWS

**PROPOSED ORDER EXTENDING TIME FOR FILING AMENDED PETITION**

After due consideration of petitioner's Unopposed Motion for Extension of Time to File Amended Petition, the court GRANTS/DENIES the motion. The amended petition is now due on Friday, March 24, 2006. The government's response to the amended petition is now due April 24, 2006.

DATED _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge