Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>             Petitioner,<br><br>       vs.<br><br>GARLAND ARMSTRONG,<br><br>             Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE AMENDED PETITION** |

      Petitioner, Fred A. Baker, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a second extension of time – until April 14, 2006 – to allow the filing of his amended petition for a writ of habeas corpus under the authority of 28 U.S.C. § 2254.  Counsel for Mr. Baker entered her appearance on March 3, 2006, and has reviewed the pertinent pleadings and state court decisions.  However, additional time is required for a review of the trial court record and a second consultation with her client, who is incarcerated in Seward, at the Spring Creek Correctional Facility.

The undersigned has contacted Kenneth Rosenstein, of the Office of Special Prosecutions and Appeals, counsel for Respondent, with respect to this motion; Mr. Rosenstein does not oppose the requested three-week extension.

DATED this 24th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kenneth Rosenstein, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes