UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>   Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>   Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**PROPOSED ORDER EXTENDING TIME FOR FILING AMENDED PETITION** |

  After due consideration of petitioner's Unopposed Motion for Second Extension of Time to File Amended Petition, the court GRANTS/DENIES the motion.  The amended petition is now due on Friday, April 14, 2006.  The government's response to the amended petition is now due May 15, 2006.

  DATED _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge