Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>        Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>        Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**MOTION FOR<br>ONE-WEEK EXTENSION OF TIME<br>TO FILE AMENDED PETITION**<br>*Filed On Shortened Time* |

      Petitioner, Fred A. Baker, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time until May 23, 2006, to allow the filing of his amended petition for a writ of habeas corpus under the authority of 28 U.S.C. § 2254.  Additional time is required for a consultation with her client, who is incarcerated in Seward, at the Spring Creek Correctional Facility.

      The undersigned attempted to contact Kenneth Rosenstein, of the Office of Special Prosecutions and Appeals, counsel for Respondent, with respect to this motion; Mr. Rosenstein, however, was unavailable for comment.

DATED this 15th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kenneth Rosenstein, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes