UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>            Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>            Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**PROPOSED<br>ORDER EXTENDING TIME FOR<br>FILING AMENDED PETITION** |

       After due consideration of petitioner's Motion for One-Week Extension of Time to File Amended Petition, the court GRANTS/DENIES the motion. The amended petition is now due on May 23, 2006. The government's response to the amended petition is now due June 23, 2006.

       DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge