UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>    Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>    Respondent. | Case No. 3:06-cv-00014-JWS<br><br>**ORDER EXTENDING TIME FOR FILING AMENDED PETITION**<br>(Docket No. 12) |

  After due consideration of petitioner's Motion for One-Week Extension of Time to File Amended Petition, the court GRANTS the motion. The amended petition is now due on May 23, 2006. The government's response to the amended petition is now due June 23, 2006.

  DATED May 16, 2006, in Anchorage, Alaska.

       /s/ John D. Roberts
       JOHN D. ROBERTS
       United States Magistrate Judge