Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Ken_Rosenstein@law.state.ak.us

Attorney for Respondent Armstrong

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Fred A. Baker,            )<br>                              )<br>        Petitioner,   )<br>                              )<br>  vs.                       )<br>                              )<br> Garland Armstrong,  )<br>                              )<br>        Respondent. )<br>_____) | Case No. 3:06-cv-14-JWS-JDR<br><br><u>SUPERSEDING</u><br><u>ENTRY OF APPEARANCE</u> |

The undersigned hereby enters his appearance as attorney for the Respondent. All further pleadings and communications in this case should be addressed to:

> Kenneth M. Rosenstein
> Office of Special Prosecutions and Appeals
> 310 K Street, Suite 308
> Anchorage, Alaska 99501

DATED May 25, 2006, at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ Kenneth M. Rosenstein
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: Ken_Rosenstein@law.state.ak.us
>   Alaska Bar. No. (7605051)

## Certificate of Service

I certify that on May 25, 2006, a copy of the foregoing Superseding Entry of Appearance was served electronically on Mary C. Geddes.

_Vivien M. Noll_
Vivien M. Noll