Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>            Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>            Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**MOTION TO ACCEPT<br>LATE-FILED MOTION**<br>*Filed On Shortened Time* |

Petitioner, Fred A. Baker, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an order accepting the late filing of a motion to stay proceedings in this case.

An amended petition was due in this matter on May 23, 2006. Prior to that date, counsel discussed dismissal with petitioner, and forwarded a notice for a voluntary dismissal (without prejudice) of his petition to Mr. Baker for his signature, anticipating its immediate return. Through an oversight, counsel did not file a motion to stay proceedings on May 23, and therefore requests the court accept the late filing of such a motion.

DATED this 25th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes