UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>    Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>    Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**PROPOSED ORDER ALLOWING LATE FILING OF MOTION TO STAY** |

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's motion to accept late-filed motion, the motion is GRANTED.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge