UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>              Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>              Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**ORDER ALLOWING LATE FILING OF MOTION TO STAY**<br>(Docket No. 15) |

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's motion to accept late-filed motion, the motion is GRANTED.

DATED this 26th day of May, 2006, at Anchorage, Alaska.

                            /s/ John D. Roberts
                            JOHN D. ROBERTS
                            United States Magistrate Judge