Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>             Petitioner,<br><br>   vs.<br><br>GARLAND ARMSTRONG,<br><br>             Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**MOTION TO STAY PROCEEDINGS PENDING PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**<br>*Filed On Shortened Time* |

Petitioner, Fred A. Baker, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to stay the proceedings in this case.  The undersigned anticipates the receipt of a notice from Mr. Baker indicating his wish for a voluntary dismissal (without prejudice) of his petition.

DATED this 25th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kenneth Rosenstein, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes