UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>                Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>                Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**PROPOSED ORDER STAYING PROCEEDINGS** |

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's motion to stay proceedings pending petitioner's notice of voluntary dismissal, the motion is GRANTED.

       DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge