Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>　　　　　Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　　Petitioner, Fred A. Baker, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for voluntary dismissal of his petition for a writ of habeas corpus. He seeks a dismissal without prejudice. Attached is Mr. Baker's letter noticing his intention to dismiss.

DATED this 6th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on June 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes