Fred A. Baker
SCCC, PO Box 5001,
Seward, Alaska
99664-5001
Day (907) 224-8200

Mary C. Geddes
Federal Public Defender
550 W. 7th Avenue Suite 1600,
Anchorage, Alaska     99501

May 26, 2006
Baker v. Armstrong
Habeas Corpus
Case No. 3:06-cv-0014

Dear Mary,

I am requesting that you move the court to dismiss my case due to the fact that my appellate attorney, Paul E. Malin, failed to federalize my appellate brief and I am therefore not ready for litigation at this time.

Thank you Mary for your time, attention and expertise in this matter and I will continue to litigate my State post-conviction relief avenue.  -Wish me Luck-

By: *Fred A. Baker*
Fred Baker   petitioner

RECEIVED
JUN 5 2006
FEDERAL PUBLIC DEFENDER

Baker v. Armstrong
Case No. 3:06-cv-0014-JWS

Exhibit A
Page 1 of 1