UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED A. BAKER,<br><br>    Petitioner,<br><br>vs.<br><br>GARLAND ARMSTRONG,<br><br>    Respondent. | Case No. 3:06-cv-0014-JWS<br><br>**PROPOSED ORDER<br>DISMISSING PETITION** |

  After due consideration of Petitioner's Motion For Dismissal, the Motion is GRANTED. The Petition for Writ of Habeas Corpus is dismissed without prejudice.

  DATED _____, 2006, in Anchorage, Alaska.


            _____
            John W. Sedwick
           United States District Court Judge