MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| *FRED A. BAKER* | v. | *GARLAND ARMSTRONG* |

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:06-cv-00014-JWS-JDR
JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  June 8, 2006

    Petitioner Baker's motion to dismiss the petition without prejudice at docket 19 is **GRANTED**.  This case is hereby **DISMISSED without prejudice**.  The Clerk will please close the file.